UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELDRIDGE STEWART #302791                                    CIVIL ACTION

VERSUS                                                     NO. 03-1841

N. BURL CAIN, WARDEN                                       SECTION "A"(3)

## ORDER

This Court has considered the petition, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and Petitioner's objections thereto.

This Court finds Petitioner's objections without merit and, therefore, approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

ACCORDINGLY,

**IT IS ORDERED** that Petitioner's "Motion to Stay" (Rec. Doc. 13) is DENIED;

**IT IS FURTHER ORDERED** that the petition of Eldridge Steward for federal *habeas*

*corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 8th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE